**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
PENSACOLA **DIVISION**

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

SIDNEY MARTS ,
Inmate # X49222 .
(Enter full name of Plaintiff)

S.M.

vs.

CASE NO: 3:09cv102/MCR/EMT
(To be assigned by Clerk)

~~[redacted]~~ ,
ALBERT YU, WALTER A. McNEIL ,
_____ ,
_____ ,
_____ .

JURY TRIAL DEMAND

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

2009 MAR 13 PM 12: 56

FILED

**I.   PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Sidney MARTS
Inmate Number: X49222
Prison or Jail: Century C.I.
Mailing address: 400 Tedder Road
Century, Florida 32535

**II.   DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Albert Yu
   Official position: M.D., Chief Health Officer
   Employed at: Century C.I.
   Mailing address: 400 Tedder Road
   Century, FL 32535

(2) Defendant's name: Walter A. McNeil
   Official position: Secretary
   Employed at: Florida Dept. of Corr.
   Mailing address: 2601 Blairstone Rd.
   Tallahassee, FL 32535

(3) Defendant's name: ___
   Official position: ___
   Employed at: ___
   Mailing address: ___

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )    No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)    No( )

1. Parties to previous action:
   a. Plaintiff(s): Sidney MARts
   b. Defendant(s): WALTER McNEIL, Albertyu, Charles Holley et. Al.
2. District and judicial division: Pensacola
3. Name of judge: M. Casey Rodgers   Case #: 3.08 CV 537-MCR-MD
4. Approximate filing date: December 3, 2008
5. If not still pending, date of dismissal: January 13, 2009
6. Reason for dismissal: Failure to list all Previous cases file

3

7. Facts and claims of case: ~~Trespass property medicated on cares~~ Medicare Fraud
Cruel and unusual Punishment to best of belief

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)        No( )   See Attached Page

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): Sidney MARts
   b. Defendant(s): WALTER A. McNeil
2. District and judicial division: Pensacola
3. Name of judge: EMT    Case #: 3:08cv250/RV/EMT
4. Approximate filing date: August 8, 2008
5. If not still pending, date of dismissal: Pending
6. Reason for dismissal: \\
7. Facts and claims of case: Divest of Subject Matter Jurisdiction

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)        No( )

1. Parties to previous action:
   a. Plaintiff(s): Sidney MARts
   b. Defendant(s): Jack Behr
2. District and judicial division: Pensacola
3. Name of judge: MD    Case Docket # 3:08cv241MD
4. Approximate filing date: N/A    Dismissal date: N/A
5. Reason for dismissal: Frivolous

4

6. Facts and claims of case: __Conspiracy__

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1. Plaintiff alleges he is medically diagnosed with Hepatitis C, Hypertension and Hypoglycemia.
2. Plaintiff alleges he suffers with a Heart problems, Occasional chest pains.
3. Plaintiff alleges he suffers daily with low blood sugar.
4. Plaintiff alleges defendants Yu and McNeil has refused him medical treatment, diets suitable for medical condition.
5. Plaintiff alleges defendants Yu and McNeil has refused to have him evaluated by a Gastrointestinal-Cardiovascular specialist for treatment.
6. Plaintiff alleges defendants Yu and McNeil has denied him a liver Biopsy to determine severity level of disease and damage.
7. Plaintiff alleges he suffers with a Fatty liver with internal complications cause by damaged liver.
8. Plaintiff consumes daily blood pressure medicine and the toxics attributes to deterioration process.
9. Plaintiff alleges defendants Yu maintains no medical treatment despite detriment effect of medication.
10. Plaintiff alleges defendants Yu and McNeil Falsify documentation to substantiate records of compliance with medical Health standards.

5

11. Plaintiff alleges he received treatment at his Liberty through Public Health Department.

12. Plaintiff alleges Florida State Hospital Gastrointestinal Specialists evaluated him and recommended immediate treatment.

13. Plaintiff alleges defendants YU and McNeil Maintains A Policy of Practice Inconsistent with Centers for Disease Standard of Medical treatment.

14. Plaintiff alleges defendants YU and McNeil Policy of Customary Practice allows inmates with Liver infections to deteriorate, until treatment is of no avail.

15. Plaintiff alleges defendants YU and McNeil Failure to treat his liver infection demonstrates A deliberate indifference to A serious medical need.

16. Plaintiff alleges the lack of treatment Place him in Imminent danger of Serious physical Injury of liver failure and heart failure.

17. Plaintiff alleges he is under custody, care and control of defendants.

18. Plaintiff alleges defendants YU and McNeil Maintains by historical Policy of Practice A complete Medical Sham Operation as it relates to Hepatitis C Patients.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

CRUEL AND UNUSUAL Punishment in violation of U.S.C.A. 8TH, 14TH

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

1. Grant Compensatory Damages through Jury
2. Grant Punitive Damages through Jury
3. Grant Injunctive Relief
4. Grant any other relief Court deem appropriate

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

3/11/09
(Date)

Sidney Marts
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 11th day of March, 2009.

Sidney Marts
(Signature of Plaintiff)

Revised 03/07

7

Cont:

Sidney MARts/William Peters 3:08 cv 551/MCR/MD Voluntarily Dismissal without Prejudice / False Imprisonment cruel and unusual Punishment

MARts V. John DOE 3:08 cv 559/MCR/MD Voluntarily dismissed

MARts V. John DOE City of Tampa 3:08 cv 541/MCR/MD Voluntarily dismissed

MARts V. McNeil 3:08 cv 504 WS/MD Closed

MARts V Jensen 3:08 cv 548 EMT Voluntarily dismissed

MARts v. Chromia 3:08 cv 55 RV/MD closed

MARts V. McNesby 3:08 cv 106 LC/MD Closed

MARts V. Lawson 3:08 cv 122 LC/MD Closed

MARts V. McNesby 3:08 cv 235 LC/MD Closed

MARts V. McNesby 3:08 cv 243 LC/LMT Closed

MARts V. McNesby 3:08 cv 272 MCR/EMT Closed

MARts V. Escambia County 3:08 cv 318 MCR/EMT Closed

MARts V. McNesby 3:08 cv 336 RV/MD Closed

MARts V. Bell 3:08 cv 354 RV/EMT Closed

MARts V. Scott 3:08 cv 390 MCR/EMT Closed

MARts V. James 4:08 cv 137 MP/AK Closed

MARts V. McNeil (No. No. First Judicial Circuit Pending)

MARts v. Scarbrough 3:09 cv 9/MCR/MD closed

MARts V. McNeil 09 CA 784 Second Judicial Circuit - open

MARts V. Scarbrough 3:09 cv 26/LC/MD

MARts V. Hines 117 F.3d ____ (5th cir. 1996)

Plaintiff contends this is all cases he is aware of to best of his knowledge and belief.

4·A