IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                                       Case No. 3:09cv102/MCR/EMT

ALBERT YU, et al.,
    Defendants.
_____/

## **ORDER**

This cause is before the court on Plaintiff's "Motion for Reconsideration" (Doc. 14). Plaintiff requests that this court reconsider the order issued on May 21, 2009, which granted him permission to proceed without prepayment of the entire filing fee but assessed an initial partial filing fee in the amount of $3.66 (Doc. 10). Plaintiff generally asserts that the court should waive payment of the initial partial filing fee because he cannot afford to pay the amount assessed (*see* Doc. 14).

The court issued the order assessing the initial partial filing fee based upon review of Plaintiff's inmate account statement attached to his motion to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(b)(1). According to the inmate account statement (*see* Doc. 8, attach.), the average monthly deposits to his inmate account for the period October 9, 2008, to April 9, 2009, was $18.33; therefore, the court assessed an initial partial fee of twenty percent (20%) of that amount or $3.66. The court was required to assess this initial partial fee pursuant to § 1915(b)(1). Plaintiff has submitted nothing that changes the court's calculation or alters its obligation to assess him an initial partial filing fee. Because Plaintiff has failed to show that the order issued May 21, 2009, was clearly erroneous or contrary to law, the motion for reconsideration shall be denied. Plaintiff is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

Accordingly, it is **ORDERED**:

Plaintiff's Motion for Reconsideration (Doc. 14) is **DENIED**.

**DONE AND ORDERED** this 23<u>rd</u> day of June 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**