IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDNEY MARTS,
    Plaintiff,

vs.                                          Case No.: 3:09cv102/MCR/EMT

ALBERT YU, et al.,
    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 6, 2011 (Doc. 51).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Instead of an objection, Plaintiff has filed a motion titled, Motion for Judgment on the Pleadings, in which he asks for the relief of an immediate dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to which he is entitled.

    Having considered the Report and Recommendation, and the Plaintiff's motion (doc. 52), the court finds that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's notice of voluntary dismissal (doc. 50) is **GRANTED** and this case is **DISMISSED** without prejudice.

   3. Plaintiff's Motion for Judgment on the Pleadings (doc. 52) is DENIED as moot.

  **DONE AND ORDERED** this 7th day of July, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

*Case No: 3:09cv102/MCR/EMT*